469 A.2d 290

Commonwealth v. Szumski, Appellant.

Submitted September 9, 1983. Elaine DeMasse, Assistant Public Defender, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, and CAVANAUGH and HOFFMAN, JJ.

Affirmed.